[No. 68849-9-I.   Division One.   December 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL
MATHISON, *Appellant*.

By order of the Court of Appeals dated January 21, 2014,
the unpublished opinion in this cause has been *replaced* by
a new unpublished opinion. See 179 Wn. App. 1002.

[No. 69409-0-I.   Division One.   December 9, 2013.]

CINDY HOLTTUM ET AL., *Appellants*, v. ROSS STORES, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 11-2-04886-0, George F.B. Appel, J., en-
tered September 13, 2012. *Affirmed* by unpublished opinion
per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 69634-3-I.   Division One.   December 9, 2013.]

AMERICAN STATES INSURANCE COMPANY, *Respondent*, v. DELEAN'S
TILE AND MARBLE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-42220-8, Laura Gene Middaugh, J., en-
tered November 2, 2012. *Affirmed* by unpublished opinion
per Dwyer, J., concurred in by Spearman, A.C.J., and
Becker, J. Now published at 179 Wn. App. 27.

[No. 69654-8-I.   Division One.   December 9, 2013.]

ALGANESH MASHO, *Respondent*, v. CRISTA MINISTRIES,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-38563-9, Palmer Robinson, J., entered
November 6, 2012. *Affirmed* by unpublished opinion per
Verellen, J., concurred in by Schindler and Dwyer, JJ.